# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Kevin S. Mines; Lonnie Wright; James : 
Brown; Charles Sheppard; Kevin Evans; : 
Brian Thompson; Thomas Davis; and : 
Joel Muir, and Similarly Situated : 
Members, : 
                         Petitioners : 
                                     : 
         v. : 
                                       : 
Honorable, Tom Wolf, Governor; : 
Honorable, Josh Shapiro, Attorney : 
General; Theodore W. Johnson, : 
Secretary Parole Board; George M. : 
Little, Secretary PA Department of : 
Corrections; Jaime Sorber, : 
Superintendent of SCI Phoenix; Kim : 
Nixon, Inmate Records Supervisor, : 
SCI Phoenix, : 
                       Respondents :      No. 102 M.D. 2022

## PER CURIAM             O R D E R

       NOW, April 3, 2024, upon consideration of Petitioners' application for reargument and Respondents' answer in response thereto, the application is DENIED.